

# NUMBER 13-20-00201-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

EDUARDO JACAMAN, **Appellant,**

**v.**

NATIONSTAR MORTGAGE, LLC, **Appellee.**

**On appeal from the 49th District Court
of Webb County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Silva
Memorandum Opinion by Justice Benavides**

On April 2, 2020, appellant filed a notice of appeal.[1] Appellant's brief was due on

November 9, 2020. On November 13, 2020, the clerk of the court notified appellant that,

pursuant to Texas Rule of Appellate Procedure 38.8(a)(1), the appeal was subject to

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

dismissal for want of prosecution, unless appellant provided a reasonable explanation for his failure to timely file a brief within ten days. *See* TEX. R. APP. P. 38.8(a)(1).

On November 23, 2020, appellant filed a motion to extend the deadline to file his brief. We granted the motion and ordered the brief due on January 7, 2021. Appellant failed to file a brief before the new deadline. Therefore, on January 11, 2021, the clerk of the court notified appellant that, pursuant to Texas Rule of Appellate Procedure 38.8(a)(1), the appeal was subject to dismissal for want of prosecution, unless appellant provided a reasonable explanation for his failure to timely file a brief within ten days. *See* TEX. R. APP. P. 38.8(a)(1).

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

GINA M. BENAVIDES
Justice

Delivered and filed on the
25th day of March, 2021.

2